# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

*Jaime Ignacio Lopez*

        Defendant.

_____

**Case Number**

CR *06 - 70059 RS*

**ORDER - CJA CONTRIBUTION(s) DUE**

      It appearing that the defendant is financially able to contribute to the cost of his representation under the Criminal Justice Act, 18 U.S.C., Section 3006 (A),

      **IT IS HEREBY ORDERED THAT:**

[ ✓ ]  THE DEFENDANT IS LIABLE FOR A CONTIRUBUTION OF $ *75 —* PER MONTH, until the case is concluded or until further order of the Court, commencing: *if not in custody*

    [ ✓ ]  That certain date of *2/15/06* and the SAME DAY each month thereafter;

    [   ]  The first day of _____and the FIRST DAY of each month thereafter;

    [   ]  MAIL TO:    Clerk, U. S. District Court
                   280 South First Street, Room 2112
                   San Jose, CA.  95113-3095

**Please indicate that this is a CJA payment and include the case number shown above.**

[   ]  THE DEFENDANT IS LIABLE FOR A ONE-TIME CONTRIBUTION OF $_____, DUE BY:

    [   ]  That certain date of _____ :

    [   ]  MAIL TO:    Clerk, U. S. District Court
                   280 South First Street, Room 2112
                   San Jose, CA.  95113-3095

**Please indicate that this is a CJA Payment and include the case number shown above.**

DATED: *2/6/06*

_____
*Howard R. Lloyd* U. S. MAGISTRATE JUDGE

cc: Defense counsel, defendant, AUSA, Finance Office, Probation

AO 72
(Rev 8/82)