1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney

2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  SUSAN KNIGHT (CSBN 209013 )
   Assistant United States Attorney

5
      150 Almaden Blvd., Suite 900
6     San Jose, California 95113
      Telephone: (408) 535-5056
7     FAX: (408) 535-5066

8  Attorneys for Plaintiff

**FILED**

MAR - 2 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

9               UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                    SAN JOSE  DIVISION

12

13  UNITED STATES OF AMERICA,        )    No.  CR 06-70059 RS
                                     )
14         Plaintiff,                )
                                     )
15    v.                             )    NOTICE OF DISMISSAL
                                     )
16  JAIME IGNACIO LOPEZ,             )
    a/k/a ROCKY RODRIGUEZ,           )
17                                   )
           Defendant.                )
18                                   )

19

20         With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

21  United States Attorney for the Northern District of California dismisses the above complaint

22  without prejudice.

23  DATED: 3/1/0 6                        Respectfully submitted,

24                                        KEVIN V. RYAN
                                          United States Attorney
25

26                                        MATTHEW A. PARRELLA
                                          Chief, San Jose Branch Office
27

28

NOTICE OF DISMISSAL

1    Leave is granted to the government to dismiss the complaint.

2

3    Date: _____3/1/06_____

HOWARD R. LLOYD
United States Magistrate Judge

2